| Date: 02/24/11 | DIVIDENDS REMITTED TO THE COURT | | | 151965 | Page: 1 |

Case Number 10-10556 - BENTLEY, KENNIE E

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000008 | 433.26 | 3.53 | ck109 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000010 | 489.54 | 3.98 | ck111 |
| Remittance Total | | 922.80 | 7.51 | |

LAUREN A. HELBLING, Trustee

2011 MAR -2 PM 3:34
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND